FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 16-0276

ROBERT PHALEN
v.
MICHAEL MAUCELI, REEF OIL &
GAS PARTNERS, L.P. (F/K/A REEF
& OIL GAS PARTNERS, LLC)
REEF SECURITIES, INC. (F/K/A
WESTERN AMERICAN
SECURITIES CORP.), REEF
EXPLORATION, LP AND PAUL
MAUCELI

§
§
§
§
§
§
§
§

Dallas County,

5th District.

**September 23, 2016**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

**December 2, 2016**

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, ROBERT PHALEN, pay all costs incurred on this petition.

FILE COPY

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 5th day of December, 2016.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk